No. 838. PENNSYLVANIA RAILROAD Co. *v.* McCARTHY, ADMINISTRATOR. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Floyd E. Thompson, John Dickinson* and *R. Aubrey Bogley* for petitioner. *S. K. Frankenstein* for respondent.